CK.# 10117

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2010 MAR -8 PM 3:18
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: ZOCK, DAVID & ELLEN | ) | CASE NO. 08-40699 |
| DEBTOR(S) | ) | HON. KAY WOODS |
| | ) | DIVIDENDS LESS THAN $5.00 |

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 10117 in the amount of $3.85.

The dividend relates to the following claimant:

Claimant:                                   Amount:

Cutco                                       $3.85
1125 E. State St.
Olean, NY  14760


/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 Starrs Centre Dr.
Canfield, OH  44406
330-702-0780
330-702-0788(facsimile)